# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

**ROSSI EDWARD HENDERSON,** }
}
    **Petitioner,** }
}
**v.** }     Case No.: **5:09-CV-8005-RDP-HGD**
}
**UNITED STATES OF AMERICA,** }
}
    **Defendant.** }

## ORDER

On March 13, 2009, the magistrate judge's report and recommendation was entered and the parties were allowed eleven (11) days in which to file objections to the recommendations made by the magistrate judge. No objections to the magistrate judge's report and recommendation have been filed.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge and it is therefore **ORDERED, ADJUDGED** and **DECREED** that the Motion to Vacate, Set Aside or Correct Sentence, filed pursuant to 28 U.S.C. § 2255, is due to be and is hereby **DENIED** and this action is **DISMISSED**.

    **DONE** and **ORDERED** this    16th    day of June, 2009.

 

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE